AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  NEW YORK

MELANIE LIDLE, personal representative on behalf of the Estate of Cory Lidle, ET AL,

Plaintiffs,

CIRRUS DESIGN CORPORATION, ET AL.

Defendants.

**APPEARANCE**

Case Number:  08 CV 01253

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

PLAINTIFFS:   MELANIE LIDLE, Individually and as personal representative on behalf of the Estate of Cory Lidle; CHRISTOPHER LIDLE, a minor, by and through his Guardian ad Litem, Jordan Feagan; STEPHANIE STANGER, Individually, and as administrator on behalf of Tyler Stanger;  AHSLUND STANGER, a minor by and through her Guardian ad Litem Thayne Stanger

I certify that I am admitted to practice in this court.

| 3/4/2008 | /s/ Hunter J. Shkolnik |
|---|---|
| Date | Signature |

| Hunter J. Shkolnik | HJS  4854 |
|---|---|
| Print Name | Bar Number |

113 East 37th Street
Address

| New York | NY | 10016 |
|---|---|---|
| City | State | Zip Code |

| (212) 684-1880 | (212) 689-8156 |
|---|---|
| Phone Number | Fax Number |

## CERTIFICATE OF SERVICE

STATE OF NEW YORK    )
                     ) SS:
COUNTY OF NEW YORK   )

MARYBETH FENNELLY, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age, and resides in Queens, New York. On March 4, 2008, deponent served the within **Notice of Appearance** upon the following individuals by depositing a true copy thereof in a post-paid wrapper, in an official depository under the exclusive care and custody of the U. S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

TO:  Patrick E. Bradley
     REED SMITH LLP
     Attorneys for Defendant
     Princeton Forest Village
     136 Main Street
     Suite 250
     Princeton, NJ 08540

     Todd Macaluso
     Todd Macaluso & Associates
     Attorneys for Plaintiffs
     600 West Broadway
     Suite 1200
     San Diego, CA 92101

_____
Marybeth Fennelly

Sworn to before me this
4th day of March 2008

_____
NOTARY PUBLIC

Charles Roby
Notary Public, State of New York
No. 6138939
Qualified in Kings County
Commission Expires 12 27 09