# ReedSmith

**Patrick E. Bradley**
Direct Phone: +1 609 524 2044
Email: pbradley@reedsmith.com

Reed Smith LLP
Princeton Forrestal Village
136 Main Street - Suite 250
Princeton, NJ 08540-7839
+1 609 987 0050
Fax +1 609 951 0824
www.reedsmith.com

*[Handwritten note across top: "SINCE THIS MATTER HAS NOT BEEN REFERRED TO ME, THIS APPLICATION SHOULD BE MADE TO JUDGE JONES"]*

April 21, 2008

VIA FACSIMILE
Honorable Henry Pitman
United States Magistrate Judge
U.S.D.C. – S.D.N.Y.
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St., Room 750
New York, New York 10007

*[Signature stamp: SO ORDERED, Henry Pitman, UNITED STATES MAGISTRATE JUDGE, 4-22-08]*

**Melanie Lidle, et al. v. Cirrus Design Corporation; 08-CV-01253 (BSJ)**

Dear Judge Pitman:

We are writing pursuant to L. Civ. R. 37.2 to request an informal conference with the Court to address plaintiffs' refusal to produce certain documents in discovery. We have made good faith efforts to resolve the pending discovery dispute with plaintiffs' counsel; however our discussions have been fruitless. Accordingly, we respectfully ask this Court to conduct an informal conference to address the issues outlined below.

Defendant Cirrus Design Corporation ("Cirrus") has requested that plaintiffs' produce medical records and fully executed HIPAAs for Cory Lidle for each of his health care providers for the past 10 years so that Cirrus may obtain his medical records. Plaintiffs have objected, stating that Cirrus may obtain these documents without an authorization. Under federal law, we cannot.

Cirrus also requested that Plaintiffs produce employment authorizations for each of Mr. Lidle's employers for the past 10 years. Plaintiffs also objected to producing these authorizations, stating that Cirrus could obtain these documents without an authorization. Plaintiffs stated they would produce such authorizations only if we had difficulty obtaining the underlying employment records without an authorization. However, this objection lacks any legal foundation and is offered only to hinder the discovery of documents that Cirrus is entitled to obtain.

In consideration of the fact discovery end date of May 16th, we ask this Court to conduct an informal conference as soon as possible so these issues may be resolved and discovery in this matter may proceed.

*[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 4/22/08]*

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C. ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

Patrick E. Bradley ♦ Office Administrative Partner ♦ A Limited Liability Partnership formed in the State of Delaware

Judge Pitman
April 21, 2008
Page 2

**ReedSmith**

Thank you for your consideration of these issues.

Respectfully submitted,

Patrick E. Bradley

PEB:al

cc: Todd E. Macaluso, Esq.
    Stacy M. King, Esq.
    Hunter J. Shkolnik, Esq.