UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**(TRANSFERRED FROM USDC-CENTRAL CA)**

| | |
|---|---|
| MELANIE LIDLE, personal representative on behalf of the Estate of Cory Lidle; et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>CIRRUS DESIGN CORPORATION, a Wisconsin Corporation;<br><br>Defendant. | **CASE NO. 08-CV-1253 (BSJ)**<br><br>**NOTICE OF APPEARANCE** |

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel for Defendant Cirrus Design Corporation in the above-captioned action. I certify that I have been admitted to practice in this Court.

Dated: New York, New York
       May 6, 2008

REED SMITH LLP

By: _____
Oliver Beiersdorf (OB-1421)
599 Lexington Avenue, 28th Floor
New York, New York 10022
Tel. (212) 521-5400
Fax (212) 521-5450

*Attorneys for Defendant*