UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

(TRANSFERRED FROM USDC-CENTRAL CA)

| | |
|---|---|
| MELANIE LIDLE, personal representative on behalf of the Estate of Cory Lidle; et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>CIRRUS DESIGN CORPORATION, a Wisconsin Corporation;<br><br>Defendant. | CASE NO. 08-CV-1253 (BSJ) |

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing, **NOTICE OF APPEARANCE,** was served on May 7, 2008, upon:

(Via ECF)
Hunter Jay Shkolnik, Esq.
Rheingold, Valet, Rheingold,
   Shkolnik & McCartney LLP
113 East 37th Street
New York, New York 10016

(Via Mail)
Todd Macaluso, Esq.
Macaluso & Associates
600 West Broadway
Suite 1200
San Diego, CA 92101

_____
Oliver Beiersdorf (OB 1421)

NYLIB-8020866.1