# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

MELANIE LIDLE, personal
representative on behalf of the
Estate of Cory Lidle; MELANIE
LIDLE, an individual; CHRISTOPHER
LIDLE, a minor, by and through his
Guardian Ad Litem, JORDAN FEAGAN;
STEPHANIE STANGER, administrator
on behalf of the Estate of Tyler Stanger;
STEPHANIE STANGER, an individual;
ASHLUND STANGER, a minor, by and
through her Guardian Ad Litem,
THYANE STANGER

        Plaintiffs,

    -against-

CIRRUS DESIGN CORPORATION,
et al.,

    Defendant.

CIVIL ACTION NO.
08-CV-01253-BSJ

MAGISTRATE PITTMAN

## MOTION FOR ADMISSION PRO HAC VICE

NOW INTO COURT comes Hunter J. Shkolnik who files this Motion for Admission

Pro Hac Vice of  Todd E. Macaluso, Esq., to practice before this Honorable Court in the

above-entitled and numbered cause of action and in support thereof, would respectfully show

to the Court the following:

1.

Non-resident attorney, Todd E. Macaluso, is a member of the law firm of Macaluso &

Associates, APC, and is presently representing Plaintiffs with respect to the their claims against

defendant in this action.

2.

Todd E. Macaluso has never been the subject of disciplinary action by the Bar or courts of New York or any other state.

3.

Todd E. Macaluso has never been denied admission to the court of any state or to any federal court.

4.

Todd E. Macaluso is familiar with the Rules of the State Bar of New York governing the conduct of members of the State Bar of New York , and will at all times abide and comply with said rules as long as this matter is pending in this Court.

5.

Todd E. Macaluso is allowed to practice before the United States District Courts for the State of California.

6.

Attached hereto is an Affidavit which is being submitted in support of this Motion, said Affidavit being attached hereto and incorporated herein for all intent and purposes.

I, Hunter J. Shkolnik, a resident attorney in the State of New York, find Todd E. Macaluso to be a reputable attorney and recommend that the applicant be admitted to practice before this Honorable Court pro hac vice.

**WHEREFORE, PREMISES CONSIDERED,** movant, Hunter J. Shkolnik respectfully requests that such permission to practice herein be granted to Todd E. Macaluso, pro hac vice.

## CERTIFICATE

I hereby certify that a copy of the above and foregoing has been this day forwarded to counsel of record herein by placing a copy of same in the United States Mail, proper postage affixed.

New York, New York, this the ___ day of _MAY_, 2008.

_____
Hunter J. Shkolnik

Respectfully submitted,

RHEINGOLD, VALET, RHEINGOLD, SHKOLNIK & McCARTNEY, LLP
113 East 37th Street
New York, NY 10016-3042

By: _____
    Hunter J. Shkolnik
    New York Bar Number: 2031458

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

MELANIE LIDLE, personal
representative on behalf of the
Estate of Cory Lidle; MELANIE
LIDLE, an individual; CHRISTOPHER
LIDLE, a minor, by and through his
Guardian Ad Litem, JORDAN FEAGAN;
STEPHANIE STANGER, administrator
on behalf of the Estate of Tyler Stanger;
STEPHANIE STANGER, an individual;
ASHLUND STANGER, a minor, by and
through her Guardian Ad Litem,
THYANE STANGER

CIVIL ACTION NO.
08-CV-01253-BSJ

       Plaintiffs,

   -against-

MAGISTRATE PITTMAN

CIRRUS DESIGN CORPORATION,
et al.,

       Defendant.

## AFFIDAVIT IN SUPPORT OF MOTION
## REQUESTING ADMISSION OF VISITING ATTORNEY

COMES NOW, TODD E. MACALUSO, and moves this Court for admission:

i)     My name is Todd E. Macaluso, and I am a resident of San Diego, CA, and have been a practicing attorney in San Diego for the past 20 years.

      I am Of Counsel at the law firm of Macaluso & Associates, APC, and this law firm has an address of 600 West Broadway, Suite 1200, San Diego, CA 92101.

ii)    I am a member in good standing of the state bar of California. I am duly licensed and admitted to practice in this jurisdiction. My California bar number is 133009.

iii)   There are no disciplinary proceedings or criminal charges instituted against me in California, or any other state.

iv)   My clients have specifically requested that I represent their interests in this matter.

v)    If the Court shall allow my Motion to Appear Pro Hac Vice in the above captioned matter, I will continue to represent my clients in this proceeding until the final determination thereof, with reference to all matters, incidents or proceedings. I agree that I shall be subject to the orders and amenable to the disciplinary action in the civil jurisdiction of this Court and the New York State Bar in all respects as if I were regularly admitted and a licensed good member of the Bar of the State of New York in good standing.

vi)    I have never been the subject of disciplinary action by the Bar or Courts of California or any other state.

vii)   I have never been denied admission to the courts of any state or to any Federal Court. In fact, as outlined in the attached Curriculum Vitae, I have been admitted pro hac vice to federal and state courts throughout the country.

viii)  I am familiar with the Rules of the State Bar of New York governing the conduct of members of the State Bar of New York, and I will at all times abide by and comply with said Rules so long as this matter is pending in this Court.

ix)    I certify that all of the foregoing statements made by me are true and I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.


TODD E. MACALUSO

STATE OF NEW YORK

COUNTY OF NEW YORK

SWORN TO AND SUBSCRIBED before me, Notary, this the 7th day of May, 2008.


NOTARY PUBLIC IN AND FOR THE STATE OF NEW YORK

My commission expires at 12-27-09.

Charles Roby
Notary Public, State of New York
No. 6138939
Qualified in Kings County
Commission Expires 12 27 09

TO:    Patrick E. Bradley
         REED SMITH LLP
         Attorneys for Defendant
         136 Main Street
         Suite 250
         Princeton, NJ 08540



# THE STATE BAR
# OF CALIFORNIA

**MEMBER SERVICES CENTER**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA  94105-1639                    TELEPHONE: 888-800-3400

May 7, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, TODD EDWARD MACALUSO, #133009 was admitted to the practice of law in this state by the Supreme Court of California on January 4, 1988; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

# THE STATE BAR
# OF CALIFORNIA

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

May 7, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, TODD EDWARD MACALUSO, #133009 was admitted to the practice of law in this state by the Supreme Court of California on January 4, 1988; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

## CERTIFICATE OF SERVICE

STATE OF NEW YORK      )
                       )  SS:
COUNTY OF NEW YORK     )

GREGG PEREZ, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age, and resides in New York, New York. On May 8, 2008, deponent served the within **Order and Motion for Admision Pro Hac Vice** upon the following individuals by depositing a true copy thereof in a post-paid wrapper, in an official depository under the exclusive care and custody of the U. S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

TO:  Patrick E. Bradley
     REED SMITH LLP
     Attorneys for Defendant
     136 Main Street
     Suite 250
     Princeton, NJ08540

                                        _____
                                                Gregg Perez

Sworn to before me this
8th day of May, 2008

_____
NOTARY PUBLIC

Charles Roby
Notary Public, State of New York
No. 6138939
Qualified in Kings County
Commission Expires 12 27 09

*᪳SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MELANIE LIDLE, et al.,                    Plaintiff,

                                                            *0* 8    cv   01253      ( BSJ )

           - against -
                                          Defendant.        ORDER FOR ADMISSION
CIRRUS DESIGN CORP., et al.,                                    PRO HAC VICE
                                                              ON WRITTEN MOTION

Upon the motion of  Hunter J. Shkolnik,      attorney for   Melanie Lidle et al.

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

           Applicant's Name:        Todd E. Macaluso, Esq.

           Firm Name:               Macaluso & Associates, APC

           Address:                 600 West Broadway, Suite 1200

           City/State/Zip:          San Diego, CA 92101

           Telephone/Fax:           (619) 230-0340

           Email Address:           tmacluso@macalusolawsd.com

is admitted to practice pro hac vice as counsel for   Melanie Lidle et al.                 in the above

captioned case in the United States District Court for the Southern District of New York. All attorneys

appearing before this Court are subject to the Local Rules of this Court, including the Rules governing

discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall

immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice

fee to the Clerk of Court.

Dated:
City, State:  New York, NY

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $ _____        SDNY RECEIPT# _____
SDNY Form Web 10/2006