⁎₂SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion



**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

MELANIE LIDLE, et al.,    Plaintiff,

08   cv   01253   (BSJ)

- against -

CIRRUS DESIGN CORP., et al.,    Defendant.

**ORDER FOR ADMISSION**
**PRO HAC VICE**
**ON WRITTEN MOTION**

Upon the motion of Hunter J. Shkolnik,    attorney for   Melanie Lidle et al.
and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Todd E. Macaluso, Esq. |
| Firm Name: | Macaluso & Associates, APC |
| Address: | 600 West Broadway, Suite 1200 |
| City/State/Zip: | San Diego, CA 92101 |
| Telephone/Fax: | (619) 230-0340 |
| Email Address: | tmacluso@macalusolawsd.com |

is admitted to practice pro hac vice as counsel for   Melanie Lidle et al.   in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:  5/13/08
City, State: New York, NY

United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $            SDNY RECEIPT#
SDNY Form Web 10/2006