## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) SS:
COUNTY OF NEW YORK   )

    GREGG PEREZ, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age, and resides in Jersey City, New Jersey.

    On June 16, 2008, deponent served the within **Request for early conference to resolve Discovery disputes** upon the individuals listed below by depositing a true copy thereof in a post-paid wrapper, in an official depository under the exclusive care and custody of the U. S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

Patrick Bradley
Reed Smith LLP
136 Main Street, Suite 250
Princeton Forrestal Village
Princeton, NJ 08540

**SERVED BY HAND:**
Reed Smith LLP
599 Lexington Avenue
29th Floor
New York, NY 10022

_____
Gregg Perez

Sworn to before me this 16th day of June, 2008

_____
NOTARY PUBLIC

MARYBETH FENNELLY
Notary Public, State of New York
No. 01FE6130244
Qualified in Queens County
Commission Expires July 11, 20 09